DENIS J. McINERNEY
Chief
CHARLES LA BELLA
Deputy Chief
THOMAS B.W. HALL
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-cr-173-JCM-RJJ |
| v. ) | |
| ) | UNOPPOSED MOTION TO CONTINUE |
| ) | SENTENCING |
| FRANK SUTTON, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW, the United States of America, by and through DENIS J. MCINERNEY, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and THOMAS B.W. HALL, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, and moves to continue the sentencing hearing presently set for February 5, 2013, at the hour of 11:00 am.

The parties respectfully request this Honorable Court to continue the Sentencing Hearing until at least August 1, 2013 to allow time for the Court to consider defendant's potential testimony at any upcoming trial, or, in the alternative, to continue the Sentencing Hearing and set a status conference within 6 months to report to the Court on the on-going investigation and the defendant's status regarding future potential testimony.

This is the first request for a continuance of this Sentencing date.

Pursuant to General Order No. 2007-04, this motion is made for the following reasons:

1. The defendant has entered a plea agreement with the United States.

2. Although the defendant's plea agreement does not include the possibility of a United States Sentencing Guideline (U.S.S.G.) § 5K1.1 Motion by the United States, the defendant may be subpoenaed to testify at future trial(s) in this case and both the United States and counsel for the defense agree that the Court may wish to consider such testimony in making its sentencing determinations.  However, the United States expects the resolution of such cases, including any trials in any related cases, to be at least 6 months from the defendant's current sentencing date.

4. Counsel for the United States has spoken with counsel for the defendant and counsel has agreed that the requested continuance is in the best interest of justice and counsel does not oppose the continuance sought herein. The defendant is not in custody and remains at liberty on his personal recognizance.

5. Denial of this request for continuance would deny the parties sufficient time and opportunity to develop the defendant's potential future testimony against the related co-conspirators and targets and prepare related cases for prosecution.

6. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

/
/
/
/
/
/
/

Case 2:12-cr-00173-JCM -RJJ   Document 13   Filed 12/12/12   Page 3 of 6

7. The United States also requests an order to exclude the additional time requested by this continuance in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

DATED this 12th day of December 2012.

Respectfully submitted,

DENIS J. MCINERNEY
Chief
United States Department of Justice
Criminal Division, Fraud Section

/s/   Thomas B.W. Hall
THOMAS B.W. HALL
Trial Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FRANK SUTTON, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cr-173-JCM-RJJ <br><br> <u>UNOPPOSED</u> <br> <u>MOTION TO CONTINUE SENTENCING</u> |

**FINDINGS OF FACT**

Based on the Government's pending Unopposed Motion to Continue Sentencing, and good cause appearing therefore, the Court hereby finds that:

1. The parties are in agreement to continue the Sentencing date as presently scheduled.

2. This Court is convinced that an adequate showing has been made that to deny this request for continuance, taking into account the exercise of due diligence, would deny the United States sufficient time to be able to effectively prepare for the co-conspirator and target trials and would bar the defendant from the opportunity to testify at those trials and potentially receive consideration from the Court for that testimony at the time of sentencing. This decision is based on the following findings:

   a. The United States anticipates several additional pleas, indictments and trials in related cases, but not sooner than 6 months from now.

   b. The defendant may be subpoenaed to testify at one or more trials and it is in the interests of justice for the Court to consider such potential future testimony in its sentencing decision.

   c. The parties need additional time to prepare the defendant's potential testimony in trials

1  against other co-conspirators and targets.

2      d. The defendant does not object to the continuance.

3      e. The defendant is out of custody.

4      3. For all the above-stated reasons, the ends of justice would best be served by continuing the Sentencing date.

6      4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A), considering the factors under 18 U.S.C. Sections 3161(h)(8)(B)(I) and (v).

## ORDER

**IT IS THEREFORE ORDERED** that the Sentencing hearing currently set for February 5, 2013 is vacated and continued. This delay is excluded from the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). It is further ordered that the defendant's sentencing hearing is set for August 27, 2013 at the hour of 10:00 a.m., in Courtroom # 6A _____.

**DATED** December 13, 2012.

_____
UNITED STATES DISTRICT JUDGE

**ELECTRONIC CERTIFICATE OF SERVICE**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:12-cr-173-JCM-RJJ |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| FRANK SUTTON, ) | |
| Defendant. ) | |

I, the undersigned, hereby certify that I am an employee of the United States Department of Justice, Criminal Division, and that on this day an electronic copy of the foregoing UNOPPOSED MOTION TO CONTINUE SENTENCING was electronically served on all parties who have registered their appearance via the CM/ECF system.

Dated: December 12, 2012

/S/   Thomas B.W. Hall
THOMAS B.W. Hall
Trial Attorney